IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

SAREN IDAHO, *

    Petitioner, *

v.     Case No. 4:18-cv-217 (CDL)

   *

Warden BILL SPIVEY, et al.,

   *

    Respondents.

_____ *

## **J U D G M E N T**

Pursuant to this Court's Order dated November 5, 2019, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 5th day of November, 2019.

                                                David W. Bunt, Clerk

                                                s/ Timothy L. Frost, Deputy Clerk